



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 26, 2025**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO.: 25-41005-MXM11 |
| NATIONAL STEEL SERVICES LLC, § | |
| § | CHAPTER 11 |
| DEBTOR. § | |

### ORDER TO SHOW CAUSE WHY THE ABOVE-CAPTIONED BANKRUPTCY CASE SHOULD NOT BE DISMISSED FOR DEBTOR'S FAILURE TO APPEAR BY COUNSEL

Before the court is the voluntary chapter 11 petition (the "***Petition***") of National Steel Services, LLC, (the "***Debtor***"). Upon review of the Petition and the record in this case, the Court has determined that no attorney has appeared of record representing the Debtor. Furthermore, the Court has determined that the Debtor is not an individual, nor is the Debtor otherwise authorized to appear without the aid of duly admitted licensed counsel.

It is well settled law that an entity such as the Debtor may not appear in Federal Court without the assistance of duly admitted licensed counsel.[1] It is therefore,

---

[1] *See Rowland v. California Men's Colony*, 506 U.S. 194, 201–202 (1993) ("It has been the law for the better part of two centuries, for example, that a corporation may appear in the federal courts only through licensed counsel."); *Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 (5th Cir. 2004) (citing *Southwest Express Co. v. ICC*, 670 F.2d 53, 55 (5th Cir. 1982)). This rule is the same in Bankruptcy Courts. *See In re Renaissance Hosp. - Grand Prairie, Inc.*, 399 B.R. 442, 448 (Bankr. N.D. Tex. 2008).

1

**ORDERED** that the Debtor must appear through counsel within 10 days of entry on the docket of this Order and show cause why this case should not be dismissed. It is further;

**ORDERED** that this case shall be dismissed without prejudice if the Debtor fails to comply with this order.

### End of Order ###