BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: National Steel Services LLC §
§
§ Case No.: 25-41005
§
§
Debtor(s) §
§

**FILED**

MAR 2 6 2025

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**VERIFICATION OF MAILING LIST**

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☑ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

03/26/2025
Date                                                  Signature of Attorney (if applicable)

*[signature]*
Signature of Debtor                           Debtor's Social Security (*last four digits only*) /Tax ID No.


Signature of Joint Debtor (if applicable)    Joint Debtor's Social Security (*last four digits only*) /Tax ID No.

**Credit Matrix**
**National Steel Services, LLC**
**Case Number: 25-41005-mxm11**

**Ace Funding Source**
366 N Broadway, Jericho, NY 11753

**Airgas USA, LLC**
PO Box 734671, Dallas, TX 75373-4671

**Artin LLP**
27776 San Pasqual St, Mission Viejo, CA 92692

**CD Enterprises**
1115 Harrison Ave, Arlington, TX 76011

**First Bank Texas**
220 Palo Pinto St, Weatherford, TX 76086

**Headway Capital, LLC**
175 W Jackson Blvd Ste 1000, Chicago, IL 60604

**Pearl Capital Funding, LLC**
525 Washington Blvd, Jersey City, NJ 07310

**Postel International, Inc.**
808 W Dallas St Suite A, Conroe, TX 77301

**SitePro Rentals**
700 State Highway 121 Bypass # 180, Lewisville, TX 75067

**T-5 Distributors**
1701 E. Pioneer, Irving, TX 7506

**Villanos Drywall Corporation**
15719 Easton Gate, Houston, TX 77044

**White Cap**
PO Box 4944, Orlando, FL 32802-4944