**FILED**
MAR 2 6 2025
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**Fill in this information to identify the case:**

Debtor name: NATIONAL STEEL SERVICES LLC
United States Bankruptcy Court for the: NORTHERN District of TEXAS (State)
Case number (If known): 25-41005-mxm11

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ace Funding Source, 366 N Broadway, Jericho, NY 11753 | (631) 319-0685 | Merchant Loan | Disputed | | | $107,430.00 |
| 2 | Airgas USA, LLC, PO Box 734671, Dallas, TX 75373-4671 | (866) 935-3370 | Supplier | | | | $2,952.80 |
| 3 | Artin LLP, 27776 San Pasqual St, Mission Viejo, CA 92692 | +1 913-309-2353 | Professional Service (Engineering) | | | | $20,000 |
| 4 | CD Enterprises, 1115 Harrison Ave, Arlington, TX 76011 | (817) 792-3497 | Supplier | | | | $5,318.33 |
| 5 | Headway Capital, LLC, 175 W Jackson Blvd Ste 1000, Chicago, IL 60604 | (866) 698-8494 | LOC | Disputed | | | $89,325.15 |
| 6 | Pearl Capital Funding, LLC | (800) 888-9959 | Merchant Loan | Disputed | | | $110,972.65 |
| 7 | Postel International, Inc. 808 W Dallas St Suite A, Conroe, TX 77301 | (281) 227-2200 | Supplier | | | | $54,666.25 |
| 8 | SitePro Rentals, 700 State Highway 121 Bypass # 180, Lewisville, TX 75067 | 972.736.8669 | Rental | | | | $20,228.15 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor: NATIONAL STEEL SERVICES LLC

Case number (if known): 25-41005-mxm11

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | T-5 Distributors, 1701 E. Pioneer, Irving, TX 75061 | (972) 438-7447 | Supplier | | | | $17,304.58 |
| 10 | Villanos Drywall Corporation, 15719 Easton Gate, Houston, TX 77044 | (832) 277-1612 | Subcontractor | Disputed | | | $147,757.84 |
| 11 | White Cap, PO Box 4944, Orlando, FL 32802-4944 | (800) 209-3526 | Supplier | | | | $8,144.98 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 2